Prepared by State Reporter from Appeal Papers

ANTHONY BELLOTTI, Respondent, *v.* HURON STEVEDORING CORPORATION, Appellant.

*Negligence — ships and shipping — longshoreman injured from falling down hatchway while loading vessel.*

*Bellotti* v. *Huron Stevedoring Corp.*, 218 App. Div. 867, affirmed.

(Argued December 2, 1926; decided December 31, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 2, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff, a longshoreman engaged in loading a vessel, was injured by falling through a hatchway while proceeding in the dark along one of the decks, by direction of his foreman, to procure a tool required in the performance of his work. There was evidence that the foreman had told plaintiff that the hatches were closed.

*Don R. Almy* for appellant.

*Harold R. Medina, David M. Fink* and *Jacquin Frank* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

GEORGE DOYLE, Respondent, *v.* CHURCH E. GATES & Co., INC., Appellant.

*Negligence — motor vehicles — action for personal injuries through being struck by motor truck.*

*Doyle* v. *Gates & Co., Inc.*, 216 App. Div. 737, affirmed.

(Submitted December 3, 1926; decided December 31, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 12, 1926, affirming a judgment in favor of